IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSTAFA ARAM AZADPOUR, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMCS GROUP, INC., and | : | |
| DOES (1)-(50), | : | No. 19-1968 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **5th** day of **February 2020**, upon consideration of Defendant's Motion to Dismiss the First Amended Complaint and the responses and replies thereto, it is **ORDERED** that Defendant's Motion to Dismiss the First Amended Complaint (Document No. 38) is **GRANTED**. Plaintiff's First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

_____
**Berle M. Schiller, J.**