IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSTAFA ARAM AZADPOUR, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMCS GROUP INC., et al. | : | No. 19-1968 |
| Defendants. | : | |

# ORDER

AND NOW, on this **8th** day of **September 2022**, upon consideration of the Defendant's Motion to Dismiss the Second Amended Complaint (ECF 65) and Plaintiff's Response in Opposition (ECF 68), it is **ORDERED** that:

1. Defendant's Motion to Dismiss the Second Amended Complaint is **GRANTED**. Plaintiff's Second Amended Complaint is **DISMISSED**.

2. The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

**Berle M. Schiller, J.**